IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-02226-PAB

JAMES A. VALERIO,

 Plaintiff,

v.

CHARTIS PROPERTY CASUALTY CO.,

 Defendant.

## ORDER OF RECUSAL

 This matter is before me on review of the file.  One of my sisters is a partner at the law firm of Holland & Hart, counsel for plaintiff.  For this reason, it would be inappropriate for me to preside over this case.  Accordingly, I will recuse myself.  It is therefore

 ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

 DATED August 21, 2013.

            BY THE COURT:

            s/Philip A. Brimmer
            PHILIP A. BRIMMER
            United States District Judge